# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MOTOR-SERVICES HUGO STAMP, INC.,

Plaintiff,

v.

PUGLIA ENGINEERING, INC.,

Defendant,

v.

BUSH KORNFELD, LLP,

Garnishee.

Case No. MC18-0040RSL

ORDER STAYING CASE

This matter comes before the Court on notice that defendant/judgment debtor Publia Engineering, Inc., has filed a Chapter 11 bankruptcy petition. Dkt. # 5. The above-captioned matter is STAYED pursuant to 11 U.S.C. § 362(a)(1). The parties are directed to notify the Court within fourteen days of the resolution of the underlying bankruptcy action or the lifting of the bankruptcy stay, whichever comes first.

Dated this 19th day of April, 2018.

Robert S. Lasnik
United States District Judge

ORDER STAYING CASE